> Plaintiff's letter-motion requesting an extension of time to file the parties'
> submission pursuant to <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199 (2d
> Cir. 2015) (ECF No. 16) is GRANTED IN PART AND DENIED IN PART, and the
> parties' submission deadline is EXTENDED to **Thursday, April 8, 2021.**
>
> The Clerk of Court is respectfully directed to close ECF No. 16.
>
> SO-ORDERED 4/5/2021

*Via ECF*

The Honorable Sarah L. Cave

United States Magistrate Judge for the

Southern District of New York

500 Pearl Street

New York, New York 10007

SARAH L. CAVE
United States Magistrate Judge

      Re:    *Ortega v. 230 A&M Deli-Grocery Inc.., et al.*
              *Docket No: 20-cv-10347 (SLC)*

Dear Judge Cave:

This office represents Plaintiff, Tomas Ortega in the above-referenced matter alleging wage and hour claims against his former employers, 230 A&M Deli-Grocery Inc., Adel Nagi, Mohammed Abisse, and Khalil Abisse (collectively as "Defendants") under the Fair Labor Standards Act ("FLSA") and the New York Labor Law. We write now to respectfully request that the Court extend the parties' deadline one week, from April 2, 2021 to April 9, 2021, to file the motion for approval of the parties' settlement of Plaintiff's FLSA claims. *See* Dkt. No. 15.

On March 26, 2021, the Court issued an Order to Submit Settlement Materials scheduling a deadline for the parties to file their motion for approval of the settlement of Plaintiff's FLSA claims and accompanying documents by April 2, 2021. As of this date, Plaintiff is still waiting for Defendants to confirm the terms of the settlement agreement. As a result, Plaintiff respectfully requests a one-week extension of the parties' deadline to file the parties' motion papers to April 9, 2021. Defendants consent to the extension request and this is the first request for an extension of this deadline.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Jeffrey R. Maguire, Esq.
*For the Firm*

To: Defendants' Counsel *via* ECF