UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOMAS ORTEGA,

                Plaintiff,

-v-                                            CIVIL ACTION NO.: 20 Civ. 10347 (SLC)

**ORDER**

230 A&M DELI-GROCERY INC., et al.,

                Defendants.

**SARAH L. CAVE**, United States Magistrate Judge.

The Court has reviewed the parties' submission (ECF No. 18) addressing whether the settlement of this action is fair and reasonable under Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015) (the "Cheeks Submission"). The Court is unable to determine from the Cheeks Submission whether the Settlement Agreement was translated for Plaintiff Tomas Ortega. (ECF No. 18-1 at 10).[1] Accordingly, by **Friday, April 16, 2021**, Plaintiff's counsel shall file a letter clarifying whether a written Spanish language translation was provided to Plaintiff, or if the Settlement Agreement was orally translated to Plaintiff, and if so, by whom.

Dated:        New York, New York
               April 9, 2021

---

[1] The Settlement Agreement includes the following language above Ortega's signature: "Reconozco que me han traducido al español las disposiciones anteriores./ I acknowledge that I have had the foregoing provisions translated into Spanish." (ECF No. 18-1 at 10).

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**